■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SEBASTIAN FELIX, Appellant. [707 NYS2d 827] —Judgment, Supreme Court, Bronx County (Richard Price, J.), rendered on or about June 5, 1997, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted. (*See, Anders v California*, 386 US 738; *People v Saunders*, 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no non-frivolous points which could be raised on this appeal.

Pursuant to CPL 460.20, defendant has the right to apply for leave to appeal to the Court of Appeals by making application to the Chief Judge of that Court and by submitting such application to the Clerk of that Court or to a Justice of the Appellate Division of the Supreme Court of this Department on reasonable notice to the respondent within thirty (30) days after service of a copy of this order, with notice of entry.

Denial of the application for permission to appeal by the Judge or Justice first applied to is final and no new application may thereafter be made to any other Judge or Justice. Concur—Mazzarelli, J. P., Ellerin, Lerner, Rubin and Andrias, JJ.

■ ELONZA SIMON, JR., Appellant, v STATE OF NEW YORK et al., Respondents. (Claim No. 93745.) [714 NYS2d 665] —Judgment, Court of Claims, New York County (S. Michael Nadel, J.), entered on or about March 18, 1999, after trial, dismissing claimant's claim for personal injuries, unanimously affirmed, without costs. Appeal from order, same court and Judge, entered March 11, 1999, directing the Chief Clerk to enter judgment dismissing the claim, unanimously dismissed, without costs, as subsumed within the appeal from the judgment.

A fair interpretation of the evidence supports the trial court's finding, which depended in large measure on the credibility of witnesses, that the claimant's fall on the gymnasium floor in the State facility where claimant was playing basketball was not caused by a wet spot on the floor due to a leaky roof (*see, Thoreson v Penthouse Intl.*, 80 NY2d 490, 495). Concur—Mazzarelli, J. P., Ellerin, Lerner, Rubin and Andrias, JJ.